■ ISIDOR BREGOFF, Respondent, v. DOROTHY PARIS, Name Changed by Marriage to DOROTHY COLEMAN, Appellant.— Judgment unanimously reversed and new trial ordered on ground of excessiveness of award, unless plaintiff stipulates to reduce award to $30,000, in which event the judgment, as so modified, is affirmed, without costs. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Valente and McNally, JJ.

■ ROSE PERRONE et al., Respondents, v. FEDERATED TAXPAYERS ASSOCIATION, INC., Appellant.— While the court at pretrial is completely justified in advancing a case for trial, if satisfied that the tactics employed by a defendant are dilatory or that a defendant is not proceeding in good faith, we nevertheless are constrained to reverse the order. At the time the preference was granted, no certificate of readiness had been filed in accordance with the "Special Rule respecting calendar practice." Order reversed and motion granted. Settle order on notice. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ.